1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700                         **OK/HAV**

   Attorney for Defendant
   TAVORIS TIMANE SAUCIER

   IN THE UNITED STATES DISTRICT COURT

   FOR THE EASTERN DISTRICT OF CALIFORNIA


   UNITED STATES OF AMERICA,      )  NO. CR-S-07-0019 DFL
                                  )
                 Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                  )  STATUS CONFERENCE
        v.                        )
                                  )  Date:  March 8, 2007
   CHARLENE LEE SAUCIER,          )  Time:  10:00 a.m.
      aka Charlene Lee Bates, and )  Judge: The Hon. David F. Levi
   TAVORIS TIMANE SAUCIER,        )
                                  )
                 Defendants.      )
                                  )
   _____

        IT IS HEREBY STIPULATED between the parties, Camil A. Skipper, Assistant United States Attorney, attorney for plaintiff, Hayes H. Gable, attorney for defendant CHARLENE LEE SAUCIER, and Matthew C. Bockmon, attorney for defendant TAVORIS TIMANE SAUCIER, that the current Status Conference date of February 8, 2007, be vacated, and that a new Status Conference date of March 8, 2007, at 10:00 a.m. be set. This continuance is necessary because defense counsel are still waiting for discovery in this case, and defense investigation is on-going.

        IT IS FURTHER STIPULATED that the period from February 8, 2007 through and including March 8, 2007, should be excluded pursuant to

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and to give defense counsel reasonable time to prepare.
3  Dated: February 7, 2007

5                                      Respectfully submitted,

6                                      DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ Matthew C. Bockmon
                                       _____
                                       MATTHEW C. BOCKMON
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       TAVORIS TIMANE SAUCIER

   Dated: February 7, 2007             /s/ Hayes H. Gable
                                       _____
                                       HAYES H. GABLE
                                       Attorney at Law
                                       Attorney for Defendant
                                       CHARLENE LEE SAUCIER

   Dated: February 7, 2007             MCGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Matthew C. Bockmon for
                                           Camil A. Skipper
                                       _____
                                       CAMIL A. SKIPPER
                                       Assistant U.S. Attorney
                                       per telephonic authority

                               O R D E R

IT IS SO ORDERED.

Dated: 02/07/2007

                                       /s/ David F. Levi
                   DAVID F. LEVI       _____
                                       United States District Judge

Stip & Order                           2