DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar #179741
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                            **OK/HAV**

Attorney for Defendant
TAVORIS TIMANE SAUCIER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-19 DFL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE |
| | ) | AND EXCLUDING TIME |
| CHARLENE LEE SAUCIER and | ) | |
| TAVORIS TIMANE SAUCIER | ) | DATE: May 17, 2007 |
| | ) | TIME: 10:00 a.m. |
| Defendants. | ) | JUDGE: David F. Levi |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CAMIL SKIPPER, Assistant United States Attorney, attorney for Plaintiff; HAYES H. GABLE, attorney for defendant, Charlene Saucier; and LINDA HARTER, Chief Assistant Federal Defender, attorney for defendant, Tavoris Saucier, that the current Status Conference date of April 23, 2007 be vacated, and a new Status Conference date of May 17, 2007 at 10:00 a.m. be set.

This continuance is requested because defense counsel need additional time to prepare, to review discovery, to conduct ongoing investigation, to interview potential witnesses, and to obtain any

1  outstanding discovery.

2      Additionally, defense counsel for Ms. Saucier will be unavailable
3  on the previously scheduled date.

4      It is further stipulated and agreed between the parties that the
5  period beginning March 29, 2007 through and including May 17, 2007
6  should be excluded in computing the time within which the trial of the
7  above criminal prosecution must commence for purposes of the Speedy
8  Trial Act for defense preparation. All parties stipulate and agree
9  that this is an appropriate exclusion of time within the meaning of
10 Title 18, United States Code, Section 3161(h)(8)(B)(iv) (Local Code T4)
11 and that the ends of justice to be served by a continuance outweigh the
12 best interests of the public and the defendant in a speedy trial.
13 Dated: March 28, 2007

                                     Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                   /s/ Linda Harter
                                   LINDA HARTER
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant
                                   TAVORIS TIMANE SAUCIER

                                   /s/ Linda Harter for
                                   HAYES H. GABLE, III
                                   Attorney for Defendant
                                   CHARLENE LEE SAUCIER

Dated: March 28, 2007
                                   MCGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Linda Harter for
                                   CAMIL SKIPPER
                                   Assistant U.S. Attorney

**ORDER**

Based on the parties' stipulation and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.
IT IS SO ORDERED.

DATED:_March 29, 2007_____
_____          /s/ David F. Levi_____
                                     DAVID F. LEVI
                                     United States District Court